IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
05 APR 28 PM 4:07
OFFICE OF THE CLERK
```

| | |
|---|---|
| ANGEL DAWN DIXON, a minor child by and through her natural mother, MISTY ATKINSON, as next friend and natural Guardian; and MISTY ATKINSON, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> CRETE MEDICAL CENTER, P.C.; RUSSELL EBKE, M.D.; CITY OF CRETE, NEBRASKA; CRETE MEMORIAL HOSPITAL; JOHN DOES 1-5 AND JANE DOESS 1-5 and JOHN DOE CORPORATIONS 1-5 inclusive; BRYANLGH HEALTH SYSTEM, INC.; CRETE AREA MEDICAL CENTER, a Non-profit corporation and subsidiary of BRYANLGH HEALTH SYSTEM, INC., <br><br> Defendants. | Case Number. 8:03-CV-496 <br><br><br> **CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE** |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Plaintiffs | 4/26/05 |
| [signature] | For Crete Medical Center, P.C., Russell Ebke, M.D., Crete Memodial Hsopital, BryanLGGH Health System, Inc., Crete Area Medical Center and BryanLGH Health System, Inc. | 4/1/05 |
| [signature] | For City of Crete, Nebrska | 4/21/05 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable __Thomas D. Thalken__, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

4/28/05
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.