# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGEL DAWN DIXON, a minor child by and through her natural mother and MISTY ATKINSON,  Plaintiffs,  vs.  CRETE MEDICAL CLINIC, P.C., et al.,  Defendants. | 8:03CV496  ORDER |

This matter is before the Court sua sponte. On April 28, 2005, this matter was transferred to the undersigned magistrate judge based on the consent to exercise jurisdiction. **See** Filing No. 99. The consent was signed by counsel representing each of the named parties. However, the complaint listed fifteen unnamed defendants, John Does 1-5, Jane Does 1-5 and John Doe Corporations 1-5, as also noted in the caption for the consent. The deadline for amending the pleadings has elapsed. **See** Filing No. 24. Therefore, the plaintiffs shall have an opportunity to either dismiss the unidentified defendants or to show cause why they should not be dismissed, in accordance with Fed. R. Civ. P. 41. In the absence of which, the case will be transferred back to the docket of Chief Judge Bataillon for disposition. Additionally, the Court notes the Final Progression Order indicates the matter was scheduled for a jury trial although no party has made such a demand. Accordingly, the trial will be rescheduled as a bench trial. Upon consideration,

**IT IS ORDERED:**

1.  The plaintiffs shall have to **on or before May 16, 2005**, to either dismiss the unidentified defendants or to show cause why they should not be dismissed, in accordance with Fed. R. Civ. P. 41.

2.  The court file is hereby amended to designate the trial as a non-jury trial.

DATED this 29th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge