IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGEL DAWN DIXON, a minor child by and through her natural mother and MISTY ATKINSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV496 |
| vs. | ) ) | ORDER |
| CRETE MEDICAL CLINIC, P.C., et al., | ) ) | |
| Defendants. | ) | |

This matter is before the plaintiffs' Notice of Dismissal of Unknown Defendants (Filing No. 111). The named defendants did not respond to the notice.

On April 28, 2005, this matter was transferred to the undersigned magistrate judge based on the consent to exercise jurisdiction. **See** Filing No. 99. The consent was signed by counsel representing each of the named parties. However, the complaint listed fifteen unnamed defendants, John Does 1-5, Jane Does 1-5 and John Doe Corporations 1-5, as also noted in the caption for the consent. The deadline for amending the pleadings has elapsed. **See** Filing No. 24. Therefore, on April 29, 2005, the court entered an order requiring the plaintiffs to either dismiss the unidentified defendants or to show cause why they should not be dismissed, in accordance with Fed. R. Civ. P. 41. The plaintiffs responded to the court's order by filing a notice of voluntary dismissal of the unnamed defendants. Upon consideration,

**IT IS ORDERED:**

In accordance with Federal Rule of Civil Procedure 41, the plaintiffs' cause of action against John Does 1 – 5, Jane Does 1 – 5, and John Doe Corporations 1 – 5 are hereby dismissed in their entirety, without prejudice.

DATED this 27th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge