IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANGEL DAWN DIXON, a minor child by and through her natural mother and MISTY ATKINSON,** | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV496 |
| vs. | ) ) | ORDER |
| **CRETE MEDICAL CLINIC, P.C., et al.,** | ) ) | |
| Defendants. | ) | |

This matter is before the Court on the court's award of reasonable costs and attorney's fees relating to a motion to compel (Filing No. 125). Counsel for the defendants have conferred with counsel for the plaintiff and have resolved the award to the satisfaction of defendants (Filing No. 131). Accordingly, no further action is required of the parties or the court.

**IT IS ORDERED:**

The defendants' satisfaction (Filing No. 131) of the court's award is hereby approved.

DATED this 14th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge