IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGEL DAWN DIXON, and MISTY ATKINSON, | ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV496 |
| v. | ) ) | |
| CRETE MEDICAL CLINIC, RUSSELL EBKE, CRETE, CITY OF, CRETE MUNICIPAL HOSPITAL, BRYANLGH HEALTH SYSTEM, and CRETE AREA MEDICAL CENTER, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 133 be stricken from the record for the following reason:

- Incomplete PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 133 from the record. Attorney has refiled the document.

DATED this 21st day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge