# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGEL DAWN DIXON, a minor child by and through her natural mother, and MISTY ATKINSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV496 |
| vs. | ) ) | ORDER |
| CRETE MEDICAL CLINIC, P.C., et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' motion to compel (Filing No. 128), the defendants' motion to continue amended final progression order (Filing No. 129), and the defendants' motion for additional for ***Daubert*** motions and for leave to conduct additional depositions and to continue deposition deadline (Filing No. 137).  Upon consideration,

**IT IS ORDERED:**

The motions are scheduled for hearing and oral argument before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **on Friday, August 26, 2005 at 11:00 a.m.**  Counsel for the parties are required to be personally present at the hearing.

DATED this 17th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge