# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGEL DAWN DIXON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | )   8:03CV496 |
| vs. | ) |
| | )   ORDER |
| CRETE MEDICAL CENTER, P.C., et al., | ) |
| | ) |
| Defendants. | ) |

Upon the letter request of counsel for the defendant, City of Crete, Nebraska, and with said counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for March 24, 2006 at 9:00 a.m. is hereby **rescheduled to March 27, 2006, at 10:00 a.m.**

DATED this 13th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge