IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGEL DAWN DIXON, a minor child by and through her natural mother and MISTY ATKINSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV496 |
| vs. | ) ) | ORDER |
| CRETE MEDICAL CLINIC, P.C., et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on the defendants', Crete Medical Center, P.C., Russell Ebke, M.D., Crete Memorial Hospital, BryanLGH Health Systems, Inc. and Crete Area Medical Center, Motion to Amend Second Amended Final Progression Order (Filing No. 155). The plaintiff filed a brief (Filing No. 157) and an index of evidence (Filing No. 158) in opposition to the motion. The defendant City of Crete did not participate in briefing the motion. The moving defendants seek a six-month extension of all deadlines, because they contend necessary discovery is ongoing. The court finds a hearing on the motion is necessary. Counsel for the parties shall be prepared to detail prior efforts of attaining discovery and shall propose a detailed and specific plan to complete discovery by the new deadlines, if they are granted. Upon consideration,

**IT IS ORDERED:**

The Motion to Amend Second Amended Final Progression Order (Filing No. 155) is scheduled for hearing and oral argument before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **on December 29, 2005 at 9:00 a.m.**

DATED this 23rd day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge