# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGEL DAWN DIXON, a minor child by | ) | |
| and through her natural mother and | ) | |
| MISTY ATKINSON, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:03CV496 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CRETE MEDICAL CLINIC, P.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants', Crete Medical Center, P.C., Russell Ebke, M.D., Crete Memorial Hospital, BryanLGH Health Systems, Inc. and Crete Area Medical Center, Motion to Amend Second Amended Final Progression Order (Filing No. 155). The plaintiff filed a brief (Filing No. 157), an index of evidence (Filing No. 158) and a Declaration (Filing No. 173) in opposition to the motion. The defendant City of Crete did not participate in briefing the motion. On December 29, 2005, the court held a hearing on the motion with counsel for all parties participating. Upon consideration and for the reasons stated during the hearing,

**IT IS ORDERED:**

1.      The defendants', Crete Medical Center, P.C., Russell Ebke, M.D., Crete Memorial Hospital, BryanLGH Health Systems, Inc. and Crete Area Medical Center, Motion to Amend Second Amended Final Progression Order (Filing No. 155) is granted as set forth below.

2.      The discovery deadline is extended from January 9, 2006, until **March 10, 2006**.

3.      **Pretrial Disclosures**. Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall provide to all other parties the following information regarding the evidence that it may

present at trial other than solely for impeachment purposes as soon as practicable but not later than the date specified:

A. **Deposition Testimony and Discovery - On or before March 17, 2006**: 1) The portions of each deposition, designated by page and line, that it intends to offer and 2) each discovery response of another party it intends to offer. Such designations and any objections thereto shall also be included in the final pretrial conference order. **See** NECivR 16.2.

B. **Trial Exhibits - On or before March 17, 2006**: A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits. The parties shall also designate on the list those exhibits it may offer only if the need arises.

4. The deadline for filing motions *in limine* is extended from March 15, 2006, to **March 22, 2006**.

5. The pretrial conference remains scheduled to commence on **March 27, 2006, at 10:00 a.m.**

6. The trial remains scheduled to commence **at 8:30 a.m. on April 10, 2006**, in Omaha, Nebraska, before the undersigned magistrate judge.

DATED this 29th day of December, 2005.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge

2