IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGEL DAWN DIXON, a minor child by and through her natural mother and MISTY ATKINSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV496 |
| vs. | ) ) | ORDER |
| CRETE MEDICAL CLINIC, P.C., et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion to Strike Witnesses or, in the Alternative, to Continue Trial (Filing No. 216); the defendants' Motions in Limine (Filing No. 218) and the plaintiffs' Amended Motion in Limine (Filing No. 221). The substance of these motions was discussed during the pretrial conference held on March 27, 2006. Based on those discussions and upon consideration of the filings before the court,

**IT IS ORDERED:**

1. The defendants' Motion to Strike Witnesses or, in the Alternative, to Continue Trial (Filing No. 216) is granted as set forth herein.

    a. The defendants' motion to strike witnesses is denied.

    b. The trial will commence on April 10, 2006, as previously scheduled. However, the court will recess trial so that the defendants' will have an opportunity to have Bradley Schaefer, M.D. perform an IME upon Angel Dixon. After an appropriate interval for the completion of discovery associated with the IME, trial will resume on a date to be determined.

2. The defendants' Motions in Limine (Filing No. 218) is granted in part and denied in part. The plaintiffs have conceded the motion with regard to issues 1-4, 7, 10 and 13. The motion is denied with regard to issue 9, as set forth above, except that as to issues 9(a) and (b), the ruling is without prejudice subject to appropriate objections at the

trial. Lastly, with regard to issues 5, 6, 8, 11 and 12 the motion is denied without prejudice subject to appropriate objections at the trial.

     3.    The plaintiffs' Amended Motion in Limine (Filing No. 221) is denied without prejudice subject to appropriate objections at the trial.

DATED this 28th day of March, 2006.

                                  BY THE COURT:

                                  s/ Thomas D. Thalken
                                  United States Magistrate Judge