## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGEL DAWN DIXON, a minor child by and through her natural mother and MISTY ATKINSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV496 |
| vs. | ) ) | ORDER |
| CRETE MEDICAL CLINIC, P.C., et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on April 20, 2006. The parties informed the court that on April 19, 2006, an IME was successfully completed for the plaintiff Angel Dixon. The blood tests should be completed in two to three weeks, at which time the defendants' expert will issue a report. Upon consideration,

**IT IS ORDERED:**

1. **On or before June 13, 2006**, each of the parties shall file notice of what evidence they intend to present at trial.

2. The trial in this matter will continue on **July 3, 2006, at 9:00 a.m.**

3. The plaintiffs shall have to **on or before July 21, 2006**, to file a brief containing their closing arguments.

4. The defendants shall have to **on or before August 4, 2006**, to file a brief in response to the plaintiffs' closing arguments.

5. The plaintiffs shall have to **on or before August 11, 2006**, to file a reply.

DATED this 21st day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge