# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGEL DAWN DIXON, a minor child by and through her natural mother, MISTY ATKINSON, as next friend and natural guardian; and MISTY ATKINSON, individually, </br></br>        Plaintiffs,</br></br>vs.</br></br>CRETE MEDICAL CLINIC P.C., et al.,</br></br>        Defendants. | 8:03CV496</br></br>ORDER |

This matter is before the court on the letter request of the defendants represented by Mark E. Novotny. In the letter, Mr. Novotny stated there were difficulties with having the expert appear at the continued trial date of July 3, 2006. Upon consideration,

**IT IS ORDERED:**

1. The order continuing trial to July 3, 2006, containing other various briefing deadlines (Filing No. 249) is rescinded.

2. A telephone conference call will be held **on May 23, 2006, at 9:00 a.m. Central Daylight Time** for the purpose of rescheduling the continued trial and various other briefing deadlines. Mr. Novotny will initiate the telephone conference.

DATED this 24th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge