## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGEL DAWN DIXON, a minor child by and through her natural mother, MISTY ATKINSON, as next friend and natural guardian; and MISTY ATKINSON, individually, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV496 |
| vs. | ) ) | ORDER |
| CRETE MEDICAL CLINIC P.C., et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on May 23, 2006.

**IT IS ORDERED:**

1. A telephone conference call will be held **on June 2, 2006, at 9:00 a.m. Central Daylight Time** for the purpose of rescheduling the continued trial and various other briefing deadlines. Mr. Novotny will initiate the telephone conference.

DATED this 24th day of May, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge