IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGEL DAWN DIXON, a minor child by and through her natural mother and MISTY ATKINSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV496 |
| vs. | ) ) | ORDER |
| CRETE MEDICAL CLINIC, P.C., et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on June 2, 2006. Upon consideration,

**IT IS ORDERED:**

1. The trial in this matter will continue to conclusion on **August 16, 2006, at 9:00 a.m.**
2. **On or before July 14, 2006**, each of the parties shall file notice of what evidence they intend to present at the continuation of the trial on August 16, 2006.
3. The parties may file written arguments **on or before August 14, 2006**.
4. Following the conclusion of evidence on August 16, 2006, the court will hear oral arguments from the parties. There will be no further written arguments.

DATED this 2nd day of June, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge